this case. Appellee filed a motion to dismiss on July 18, 1917, at which time more than 180 days had elapsed since the rendition of the judgment and the overruling of the motion for a new trial.

Under the ruling of the Supreme Court in *Milburn* v. *Cory* (1915), 184 Ind. 341, 110 N. E. 193, the motion to dismiss must be sustained.

Appeal dismissed.

NOTE.—Reported in 117 N. E. 655.

FLICK *v.* FLICK.

[No. 10,017.   Filed June 29, 1917.]

From Howard Circuit Court; *William C. Overton,* Judge.

Action between Emma Flick and John W. Flick. From the judgment rendered, the former appeals. *Reversed.*

*Barnabas C. Moon,* for appellant.
*Overson & Manning,* for appellee.

PER CURIAM.—Upon the confession of errors filed by appellee June 28, 1917, the judgment below is reversed, with instructions to the trial court to sustain appellant's motion for new trial.

MITTEN *v.* DELANO ET AL., RECEIVERS.

[No. 9,265.   Filed June 29, 1917.]

From Marion Superior Court (92,817) ; *V. G. Clifford,* Judge.

Action by Edward LeRoy Mitten against Frederic A. Delano and others, receivers. From a judgment for defendants, the plaintiff appeals. *Affirmed.*

*J. Fred Masters, A. D. Babcock, James E. Babcock* and *William H. Parkinson,* for appellant.
*Edwin P. Hammond, William V. Stuart, Charles H. Stuart* and *Allison E. Stuart,* for appellees.

HOTTEL, C. J.—This is an appeal from a judgment in appellees' favor in an action brought by appellant to recover for personal injuries received by him while being carried on one of appel-